# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK J. ESTRADA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, SHARPER FUTURE PROGRAM,<br><br>    Defendants. | Case No. CV 13-2502-DDP (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Motion to Dismiss filed by California Department of Corrections and Sharper Future Program are granted; that plaintiff's claims against the CDCR are dismissed without leave to amend; and that plaintiff's remaining claims are dismissed with leave to amend.  Plaintiff is advised that he still

/ / /
/ / /
/ / /
/ / /

1

1 | desires to pursue any of the claims that have been dismissed with leave to amend, to
2 | file a First Amended Complaint within 30 days of the date of this Order.
3
4
5 | Dated: July 28, 2014
6 |                               DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE