JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK J. ESTRADA, | Case No. CV 13-2502-DDP (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, SHARPER FUTURE PROGRAM, | |
| Defendants. | |

Pursuant to the Order Dismissing First Amended Complaint with Prejudice,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 5/5/2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE